United States District Court
Southern District of Texas
**ENTERED**
May 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RULIS JESUS ORTEGA-ANCIANI | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-30 |
| | § | |
| PAM BONDI[1] *et al.* | § | |

## ORDER

On January 21, 2026, the Court granted in part and denied in part Petitioner's writ of habeas corpus (*see* Dkt. No. 4). The Court ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226.[2] According to Respondents' advisory, Petitioner's bond hearing was held on January 27, 2026, and an Immigration Judge ("IJ") denied Petitioner bond finding he was a flight risk (*see* Dkt. No. 12 at 2). Shortly after, Petitioner filed a separate status report and simultaneously moved to enforce the Court's previous order alleging due process violations arising out of the bond hearing (*see generally* Dkt. Nos. 13, 14). While the motion was pending, Petitioner requested his voluntary departure, which an IJ granted (Dkt. Nos. 19 at 2; 19-1 at 3).

Accordingly, it appears as if no live disputes remain in this case. The parties are **ORDERED** to file a joint advisory addressing how they would like the Court to proceed by **May 19, 2026**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date. *See* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings; *see also* Fed. R. Civ. P. 81(a)(4).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

[2] Following the Court's Order, the Fifth Circuit decided *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. 2026), which held that such was not required under the statutory framework.

1

It is so **ORDERED**.

**SIGNED** May 5, 2026.

_____
Marina Garcia Marmolejo
United States District Judge